UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LEVORY W. HICKMON,

    Plaintiff,

v.                                      CASE NO. 6:05-cv-567-Orl-28JGG

ERIC ALPERT, et al.,

    Defendants.

_____

## ORDER

This case is before the Court on the following motion:

**MOTION:**   Plaintiff's Motion for Abatement (Doc. No. 7, filed April 27, 2005).

Thereon it is **ORDERED** that the motion is **DENIED**. This case was dismissed without prejudice on April 22, 2005 (Doc. No. 6).

**DONE AND ORDERED** at Orlando, Florida this 5 day of May, 2005.

JOHN ANTOON II
UNITED STATES DISTRICT JUDGE

Copies to:
sa 5/5
Levory W. Hickmon